**Exhibit A to the Complaint**

**Location:** Roselle, IL  **IP Address:** 73.44.51.97
**Total Works Infringed:** 24  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 677F8707DBCE02AAF8615B7675703C68B74375B2<br>File Hash:<br>F99690C46146A04890C3C77277A19B20D03C814AF12000C32AFBCC114EB2C37E | 09-02-2023<br>23:03:34 | Blacked | 04-01-2023 | 04-07-2023 | PA0002405761 |
| 2 | Info Hash: 0AE9B160D36E7D61C82F02E9C06C16847CAEFBF0<br>File Hash:<br>EFA5C20C4BC26CD834AD0CDEA274288EFA6DF1C4C0BE2132BDFECF19D8511695 | 09-02-2023<br>23:00:20 | Blacked | 09-02-2023 | 09-18-2023 | PA0002430909 |
| 3 | Info Hash: 98637BC929C57772C85F3F1EFDF1AB3B6D91489A<br>File Hash:<br>65D701372E05609BDB1A44C216DF869336C4B724B51ABF3575FFA5DF4F072370 | 08-25-2023<br>13:56:30 | Blacked | 01-28-2023 | 03-07-2023 | PA0002400316 |
| 4 | Info Hash: F25A8DD3192FA2965BA54A591774A990C9E80C5B<br>File Hash:<br>E5D18A3131937B4CA5A8BCA3C61A9B24175C98798375CACE01C78476725435D5 | 08-25-2023<br>13:51:18 | Blacked Raw | 05-09-2023 | 05-14-2023 | PA0002411297 |
| 5 | Info Hash: ACC005CC5540B73FD43F4D15ABAF01B7245E583F<br>File Hash:<br>38EA3BEBD5531AA9C70A2F4275A0A9F108E1F1BDA2C9CBB7B347BFEBBC5A2B84 | 07-31-2023<br>12:27:18 | Blacked | 06-10-2023 | 07-13-2023 | PA0002420362 |
| 6 | Info Hash: 1F7B6B13F2C80DEB2BA814E745BFFC1BEAD0417E<br>File Hash:<br>F9A0A1C9587E63509DBCE9C698E26D99D4387BD7C73D30E9EADBD31306933638 | 07-26-2023<br>12:11:04 | Slayed | 11-08-2022 | 11-24-2022 | PA0002389330 |
| 7 | Info Hash: C32D1083FC9FABEA76458B77373BB0C6FA0DEF9C<br>File Hash:<br>EE3CB3771394DBA6A435C2D8295A5E469460D7F3DBA0877540B7D1F6CA4849A8 | 07-26-2023<br>12:06:38 | Slayed | 06-13-2023 | 07-14-2023 | PA0002427510 |
| 8 | Info Hash: 5C9B75837B0530A665791A199D49DDA4682A6DE3<br>File Hash:<br>29F91D73260B7366549F4C22F1EA1024631BE7F67ACBE7685CAD1D4A9571F8F3 | 07-26-2023<br>11:59:13 | Slayed | 06-20-2023 | 07-14-2023 | PA0002427505 |
| 9 | Info Hash: 383E62C489CB271FE29CCF3D698342EF11E69949<br>File Hash:<br>8B58BE5293ED8FB93BB15791199DC5F6AA2FD7CAC0CFC495FC8F095BD376D3BA | 07-08-2023<br>01:03:11 | Slayed | 06-06-2023 | 07-14-2023 | PA0002427489 |
| 10 | Info Hash: 191467D6D7474800385004003D0520784052E682<br>File Hash:<br>E22D218937D4A792FFE18F75255B9C081739E57C703806E7A60CF999782D7A47 | 07-06-2023<br>15:55:18 | Slayed | 10-28-2021 | 12-03-2021 | PA0002333378 |
| 11 | Info Hash: 9A7C978EDDC1EDC8C50DF127F82C6120C1B9C5DE<br>File Hash:<br>E18D1B2C35D24CC3D2C84D65730F7B016AA3E2B8671306859A0AB104ED291E59 | 07-06-2023<br>12:42:21 | Blacked Raw | 05-29-2023 | 06-09-2023 | PA0002415372 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 02080DD407A6B595D61EDBA431C9D03DFD25DB91<br>File Hash: 0A3FA56D62060E14B879D204EA003E82753208D6D225270CCC7E4BF48604E520 | 05-07-2023 23:17:51 | Slayed | 11-22-2022 | 01-06-2023 | PA0002393658 |
| 13 | Info Hash: C42EE371002AEEA77C5452EDB31E0132A3D47B6E<br>File Hash: 8F86F2EA5E22176E3351BBF65BE24B9C737E9DF52772F1B0CFF2916A66F40C20 | 05-03-2023 12:55:50 | Blacked Raw | 12-13-2021 | 01-17-2022 | PA0002330111 |
| 14 | Info Hash: E1DC17F1E6B165394C514C08B55A305613F4AAE6<br>File Hash: FB14B0202BB679BDE513466782E98A1BE16635DF06633F94D5D6390605FA2618 | 04-19-2023 12:38:25 | Blacked Raw | 02-23-2023 | 03-06-2023 | PA0002399998 |
| 15 | Info Hash: 1F2B015CD4C9A8C677C97B22A07CDE4568815569<br>File Hash: E93CEEF53FCFA9E6CB5E78A1D5144E0FDA83EBCD9B451CEAE58DF5078BB85717 | 04-19-2023 12:28:49 | Blacked | 11-26-2022 | 12-11-2022 | PA0002384739 |
| 16 | Info Hash: 4D347C3B922537DECA1E7D90591BCF15F763E318<br>File Hash: E18050780127A2B9DCCCF4887FD18CD706BB21E6AA9CA8B0FA0EEFD6C60DA8F3 | 04-19-2023 12:24:40 | Blacked | 04-08-2023 | 05-15-2023 | PA0002411276 |
| 17 | Info Hash: 1126FFDAB039432CE55D786402084CFC474E693A<br>File Hash: 484294E18E4ECD4CFBCF3EB7DC53E14D11C9025DD5368C3AE34798BF6FB40146 | 04-19-2023 12:12:16 | Blacked Raw | 03-10-2023 | 04-07-2023 | PA0002405760 |
| 18 | Info Hash: 8AB9FDD615D0FBC90CCB30F527B01ACF5C3392A9<br>File Hash: 2C455D2C2790A80F7DF0DB958F5EEF9E32ACE7EC7F97467FAE58299545A9B231 | 04-18-2023 12:31:13 | Blacked Raw | 02-28-2023 | 03-05-2023 | PA0002399873 |
| 19 | Info Hash: 2088B21248F0593E084584D5CF0DEC6A0466B989<br>File Hash: 534C1EF9230BCA05E0DA03DBA761F5397A3EF039628877B050111F1B21541A61 | 04-18-2023 12:24:54 | Slayed | 03-22-2022 | 04-21-2022 | PA0002353052 |
| 20 | Info Hash: 248827AD37AC8AD83352231C002CDE8766178CAD<br>File Hash: FB59C08872311A97CF45DBC98BCD05FAF76EAD9E57AFD17C573AFD466E06D3DD | 04-18-2023 12:24:00 | Blacked | 01-07-2023 | 01-27-2023 | PA0002393078 |
| 21 | Info Hash: 9098C2D44124C5CF21155557D0AE28E91703B2C7<br>File Hash: 8088060EADF8987B37C9FFC7ACF43F5B751C738021E2B2A1CEA87FD6D5B7C9A1 | 04-16-2023 21:55:33 | Vixen | 11-11-2022 | 12-11-2022 | PA0002384688 |
| 22 | Info Hash: B736C78B1C428995842714665974B8C7009135D6<br>File Hash: 6A992DD913F68146CF4034E7BF7089726477BBCEDF7D38FDB620B9F69E324C17 | 04-16-2023 21:54:39 | Blacked | 02-11-2023 | 03-07-2023 | PA0002400311 |
| 23 | Info Hash: EB9649DDA2323288F92ED22A89ACEC80BE7FB8C9<br>File Hash: B1FDD4D0D94D03816A948DAD236518FB29C3D0CCD12460AFC8C008B79DB0F948 | 04-16-2023 21:53:17 | Blacked | 12-10-2022 | 01-10-2023 | PA0002389588 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 74E11E3524B76B6E37D22F1200AFE49C2CB3CDFE<br>File Hash: 7585140E235E96F4BD705D67A00B86454206B422718DDDB2D673F9CEC873639B | 04-16-2023 21:51:56 | Blacked | 03-04-2023 | 04-07-2023 | PA0002405754 |