# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Strike 3 Holdings, LLC v. JOHN DOE subscriber assigned IP address 73.44.51.97

Case Number: 1:23-cv-15074

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff

Attorney name (type or print): Patrick J. Walsh

Firm: Griffin Williams McMahon & Walsh, LLP

Street address: 21 North Fourth Street

City/State/Zip: Geneva, Illinois 60134

Bar ID Number: 6287629
(See item 3 in instructions)

Telephone Number: (630) 457-4242

Email Address: pwalsh@gwmwlaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
- [ ] Retained Counsel
- [ ] Appointed Counsel
  If appointed counsel, are you
  - [ ] Federal Defender
  - [ ] CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/17/2023

Attorney signature: S/ Patrick J. Walsh

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015