# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | : | CIVIL ACTION |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | **Civ. No.** 1:23-cv-15074 |
| JOHN DOE subscriber assigned IP address | : | |
| 73.44.51.97, | : | |
| | : | |
| **Defendant.** | : | |
| | : | |
| | : | |

## NOTICE OF FILING FRCP 7.1 AND LR 3.2 DISCLOSURE

Pursuant to FRCP 7.1 and LR 3.2, Plaintiff's parent corporation is General Media Systems, LLC.  The only affiliate of Plaintiff is General Media Systems, LLC which owns 100% of the company.

Dated: October 17, 2023

Respectfully submitted,

GRIFFIN WILLIAMS
MCMAHON & WALSH, LLP

By: /s/ *Patrick J. Walsh*
      Patrick J. Walsh, Esq.

Patrick J. Walsh, Esq.
GRIFFIN WILLIAMS
MCMAHON & WALSH, LLP
21 North Fourth Street
Geneva, Illinois 60134
(630) 457-4242
ARDC. No. 6287629
pwalsh@gwmwlaw.com

1